CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center for Food Safety )
)
)
)
)
                    Plaintiff )     Civil Action No._____
vs )
)
Andrew Von Eschenbach, in his official )
capacity as, Commissioner of the U.S. )
Food and Drug Administration )
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Center for Food Safety__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 439949                    Joseph Mendelson III
BAR IDENTIFICATION NO.                 Print Name

660 Pennsylvania Ave, SE, Suite 302
Address

Washington, DC 20003
City          State          Zip Code

(202) 547-9359
Phone Number