IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY** <br><br>         Plaintiff, <br>    v. <br><br> **ANDREW C. VON ESCHENBACH**, <br>     in his official capacity as, <br>     Acting Commissioner of Food and Drugs, <br>     Food and Drug Administration, <br><br>         Defendant. | Civil Action No. 06-cv-1047 (RJL) |

**Notice of Service**

Pursuant to the Court's Order of June 9, 2006, Plaintiff has served the Defendant with the Case Management Order via first class mail.

Respectfully submitted,

/s/

Joseph Mendelson III
D.C. Bar No. 439949
Center for Food Safety
660 Pennsylvania Ave., SE
Suite 302
Washington, DC 20003
(202) 547-9359
(202) 547-9429 fax

Dated: 6-9-06