IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CENTER FOR FOOD SAFETY**         )<br>                                                             )<br>                       Plaintiffs,      )<br>            v.                                        )<br>**ANDREW C. VON ESCHENBACH**, )<br>                                                             )<br>                       Defendant.    )<br>                                                             ) | Civil Action No.  06-cv-1047 |

### MOTION FOR ATTORNEY REPRESENTATION *PRO HAC VICE*

Plaintiff moves pursuant to U.S. District Court for the District of Columbia Local Rule 83.2(d) for admission of George A. Kimbrell, Esq., as an attorney of record for the above case.  A declaration is attached setting forth the necessary requirements of LR 83.2(d).  This Motion is attested to by D.C. Bar Member and lead counsel in the above case Joseph Mendelson III, Bar No. 439949.

Respectfully submitted,

/s/

Joseph Mendelson III
D.C. Bar No. 439949
Center for Food Safety
660 Pennsylvania Ave., SE
Suite 302
Washington, DC 20003
(202) 547-9359
(202) 547-9429 fax

Dated: June 16, 2006