IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY** ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **ANDREW C. VON ESCHENBACH**, ) <br> ) <br> Defendant. ) | Civil Action No. 06-cv-1047 (RJL) |

**DECLARATION OF GEORGE A. KIMBRELL FOR *PRO HAC VICE* PARTICIPATION**

I, George Andreas Kimbrell, hereby declare:

1. My full name is George Andreas Kimbrell.

2. My office address is The Center for Food Safety, 660 Pennsylvania Ave., SE, Suite 302, Washington, D.C. 20003; telephone number (202)-547-9359.

3. I am admitted to the Bars of the State of Washington (WA Bar No. 36050) and the United States Court of Appeals for the Ninth Circuit.

4. I certify that I have not been disciplined by any bar.

5. I have not previously requested *pro hac vice* status of this or any other court.

6. I am not yet a member of the District of Columbia Bar but plan to become a member.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2006,

                                                  /s/

George A. Kimbrell
Washington, D.C.