IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY** ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> **ANDREW C. VON ESCHENBACH**, ) <br> ) <br> Defendant. ) | Civil Action No. 06-cv-1047 |

**ORDER**

**IT IS HEREBY ORDERED** plaintiff counsel's motion for the admission *pro hac vice* of George A. Kimbrell is granted.

_____
Richard J. Leon
United States District Court Judge

DATED:

Dated: June 16, 2006