IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**<br>  660 Pennsylvania Ave., SE<br>  Suite 302<br>  Washington, DC 20003,<br><br>                    Plaintiffs,<br>v.<br><br>**ANDREW C. VON ESCHENBACH**,<br>  in his official capacity as,<br>  Acting Commissioner of Food and Drugs,<br>  Food and Drug Administration,<br>  5600 Fishers Lane, Room 1471<br>  Mail Stop HF-1<br>  Rockville, MD 20857,<br><br>                    Defendant. | Civil Action No. 06-cv-1047 (RJL) |

**AFFIDAVIT OF SERVICE**

I, undersigned counsel of record for the plaintiff, confirm that the summons and complaint were served by registered mail to: Andrew Von Eschenbach, Acting Commissioner, U.S. Food and Drug Administration, Alberto R. Gonzales, Attorney General of the United States, and Kenneth L. Wainstein, United States Attorney's Office, on June 7, 2006.  Both the Attorney General of the United States and the United States Attorney's Office have acknowledged service of the summons and complaint. See Attach. 1.

The Commissioner's Office of the U.S. Food and Drug Administration (FDA) has yet to provide the plaintiff with the return receipt card confirming receipt of the summons and complaint.  On July 10, 2006,  I used the United States Postal Service website to track the registered mail item served on the FDA. Using U.S. Postal Service Certified Mail Receipt Number 7005 3110 0001 4019 2420, I was able to confirm that service of the summons and complaint occurred and the items were

accepted by the FDA at 12:25 p.m. on June 7, 2006. <u>See</u> Attach. 2.


Respectfully submitted,

_____
Joseph Mendelson III
D.C. Bar No. 439949
Center for Food Safety
660 Pennsylvania Ave., SE
Suite 302
Washington, DC 20003
(202) 547-9359
(202) 547-9429 fax


Dated: July 10, 2006