

Home  |  Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0001 4019 2420**
Status: **Acceptance**

Your item was accepted at 12:25 pm on June 07, 2006 in
WASHINGTON, DC 20003. No further information is available for this
item.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy