UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1047 (RJL) |

### ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant United States Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

/s/
PETER BLUMBERG, D.C. Bar No. 463247
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514 - 7157