UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CENTER FOR FOOD SAFETY,** | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1047 (RJL) |
| **ANDREW C. VON ESCHENBACH,** | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Andrew C. Von Eschenbach, through counsel, respectfully moves this Court for an enlargement of time, through and including September 1, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of the Complaint on June 12, 2006. Consequently, defendant's answer, motion or other response is currently due on August 11, 2006.

2. Plaintiff Center for Food Safety ("CFS") has brought this action claiming that the Food and Drug Administration ("FDA") has unreasonably delayed in responding to CFS's citizen petition for a rulemaking concerning the regulation of genetically engineered foods. See Complaint at ¶ 1. Plaintiff seeks, inter alia, an order from the Court requiring FDA to respond to its citizen petition. See id., Prayer for Relief.

3. The extension of time to answer, move, or otherwise respond to the Complaint is sought because FDA expects to be able to provide a response to plaintiff's citizen petition by September 1, 2006, which will provide the relief sought through the lawsuit.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought in this matter by defendant.

6. Pursuant to Local Rule 7m, counsel for defendant has consulted with counsel for plaintiff, and counsel for plaintiff has graciously given his consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond to the Amended Complaint. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: July 19, 2006