UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1047 (RJL) |
| ANDREW C. VON ESCHENBACH, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on defendant's Consent Motion for Extension of Time Within Which to Answer, Move or Otherwise Respond to the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall answer, move or otherwise respond to the Complaint on or before September 1, 2006.

SO ORDERED.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE