UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR FOR FOOD SAFETY,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW C. VON ESCHENBACH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1047 (RJL)<br>)<br>)<br>)<br>)<br>) |

RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL

Plaintiff Center for Food Safety and Defendant Andrew C. Von Eschenbach, through counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter, each side to bear its own fees and costs.

Respectfully submitted,

_____/s/_____
JOSEPH MENDELSON III,
D.C. Bar # 439949
Center for Food Safety
660 Pennsylvania Ave, SE
Suite 302
Washington, DC 20003
(202) 547-9358

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: September 1, 2006