# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW C. VON ESCHENBACH, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1047 (RJL) |

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL

Plaintiff Center for Food Safety and Defendant Andrew C. Von Eschenbach, through counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter, each side to bear its own fees and costs.

Respectfully submitted,

_____/s/_____  
JOSEPH MENDELSON III,  
D.C. Bar # 439949  
Center for Food Safety  
660 Pennsylvania Ave, SE  
Suite 302  
Washington, DC 20003  
(202) 547-9358  

_____/s/_____  
KENNETH L. WAINSTEIN, D.C. Bar #451058  
United States Attorney  

_____/s/_____  
RUDOLPH CONTRERAS, D.C. Bar #434122  
Assistant United States Attorney  

_____/s/_____  
PETER D. BLUMBERG, D.C. Bar # 463247  
Assistant United States Attorney  
United States Attorneys Office  
Judiciary Center Building  
555 4th Street, N.W., 10th Floor  
Washington, D.C. 20530  
(202) 514-7157  

Dated: September 1, 2006